### LOCKWOOD TRADE JOURNAL v. NEW YORK SILICATE BOOK SLATE CO.

(Supreme Court, Appellate Term. May 5, 1904.)

1. PAYMENT BY POSTDATED CHECK—RETURN OF CHECK—EFFECT.

A plea of payment by a postdated check which has been returned is unavailable.

Appeal from City Court of New York, Trial Term.

Action by the Lockwood Trade Journal against the New York Silicate Book Slate Company. From a judgment for defendant, and from an order denying a motion for a new trial, plaintiff appeals. Reversed.

Argued before FREEDMAN, P. J., and LEVENTRITT and GREENBAUM, JJ.

George H. Mallory, for appellant.
John O'Connell, for respondent.

PER CURIAM. There was an undisputed liability on the part of the defendant of $9.14; hence a verdict for defendant cannot be upheld. There was no competent legal proof offered by the defendant upon the trial in contradiction of the plaintiff's testimony that the defendant's postdated check of May 22, 1902, for $48.37, had been returned before May 22d. A plea of payment by a postdated check which has been returned is not available. Bradford v. Fox, 38 N. Y. 289. The motion for a direction of a verdict should have been granted.

Judgment reversed and new trial ordered, with costs to appellant to abide the event.